## VICTOR BLDG. & LOAN ASS'N v. STATE.

No. 23073. Opinion Filed Feb. 21, 1933.

Stone, Moon & Stewart and Gordon B. Harrison, for plaintiff in error.

John W. Porter, Co. Atty., for defendant in error.

PER CURIAM. Plaintiff in error perfected an appeal to this court November 21, 1931; defendant in error on the 1st day of February, 1932, filed motion to dismiss the appeal. On February 4, 1932, the plaintiff in error filed response to the motion, stating that the plaintiff in error is willing to confess that the motion of defendant in error should be granted.

Upon such confession, it is, therefore, ordered that the appeal of the plaintiff in error be dismissed.